☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **In re:** **Kensaxha Kirkland** | **Case No.** |
| **Debtors:** | **Chapter 13** |

### CHAPTER 13 PLAN

**ADDRESS:** (1) 791 McConnell  (2)
Memphis, TN 38112

**PLAN PAYMENT:**

**Debtor(1)** shall pay $ **160.00**    (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ■ monthly, by:
■ **PAYROLL DEDUCTION** From:     **OR ( ) DIRECT PAY**

**Debtor(2)** shall pay $     (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From:     **OR (   ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ☐ YES   ■ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION   ■ YES   ☐ NO
OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES   ■ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ■ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**    Monthly Plan Payment:

**None**   Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins   $
Approximate arrearage:

**5. PRIORITY CLAIMS:**

**-NONE-**    Amount    $

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None**   ongoing payment begins   $
Approximate arrearage:    Interest    $

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]   Value of Collateral:    Rate of Interest    Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]   Value of Collateral:    Rate of Interest    Monthly Plan Payment:
**Easy Money**   **1,000.00**    **0.00**    $**125.00**

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                        Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- |  |  | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None       ☐  Not provided for  **OR**  ☐  General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $7,002.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
■ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Blue City Properties: apt rent                    ■ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Gene Bell                                        Date  July 1, 2019                    .
**Gene Bell**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**